

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00184-CV

TEXAS DEPARTMENT OF PUBLIC SAFETY            APPELLANT

V.

CARLSON T. STEWART            APPELLEE

-----------

## FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered appellant's "Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

---

[1]*See* Tex. R. App. P. 47.4.

DELIVERED:  June 14, 2012